AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| IT'S A NEW 10, LLC,<br>a Florida Foreign Limited Liability Company<br><br>*Plaintiff(s)*<br>v.<br>SERIOUSLY AWESOME STUFF LLC,<br>a California Limited Liability Company<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:23-cv-21591-BB<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SERIOUSLY AWESOME STUFF LLC
703 Pier Avenue
Suite 234
Hermosa Beach, California 90254

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael J. Sacks, Esq.
The Sacks Firm
7210 Wisteria Avenue
Parkland, Florida 33076
954 445 2527
msackslegal@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: May 1, 2023

*s/ Nadhege Augustin*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| IT'S A NEW 10, LLC,<br>a Florida Foreign Limited Liability Company<br><br>*Plaintiff(s)*<br>v.<br>SERIOUSLY AWESOME STUFF LLC,<br>a California Limited Liability Company<br><br>*Defendant(s)* | Civil Action No. 1:23-cv-21591-BB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  David Perez
703 Pier Avenue
Suite 234
Hermosa Beach, California 90254

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael J. Sacks, Esq.
The Sacks Firm
7210 Wisteria Avenue
Parkland, Florida 33076
954 445 2527
msackslegal@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date: May 1, 2023

s/ Nadhege Augustin
Deputy Clerk
U.S. District Courts